UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**C&E BUILDERS, LLC,**

  *Plaintiff*

**v.**

Case No. SA-24-CV-00026-JKP

**U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF GROVE FUNDING I TRUST,**

  *Defendant*

## FINAL JUDGMENT

The Court considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment the Court GRANTED Defendant's Motion to Dismiss for Failure to State a Claim. Having dismissed Plaintiff's claims, final judgment is hereby entered in favor of Defendant. The Court **DISMISSES** this action with prejudice. Plaintiff takes nothing from the presented causes of action.

The Clerk of the Court shall close this case upon entry of this judgment.

**SIGNED this 29th day of February, 2024.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**